IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TRITIA BALL**                                                                         **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.: 3:21-CV-13-HTW-LGI**

**VANTEC HITACHI TRANSPORT SYSTEM (USA), INC.**            **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Tritia Ball, and Defendant, Vantec Hitachi Transport System (USA), Inc, advise the Court that they have resolved their disputes amicably and wish to dismiss this suit with prejudice. The Parties move the Court by *ore tenus* motion for an Order dismissing this case with prejudice.

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice, each party to bear her or its own costs.

**SO ORDERED AND ADJUDGED this the 25th day of June, 2021.**

                                       s/ HENRY T. WINGATE
                                       **UNITED STATES DISTRICT COURT JUDGE**

AGREED:

*/s D. Sterling Kidd*

JBH02 4835-3661-5664
2918140-000509

D. Sterling Kidd (MB #103673)
skidd@bakerdonelson.com
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424
*Counsel for Defendant*


*/s Nick Norris*
Nick Norris (MB #101574)
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

*Counsel for Plaintiff Tritia Ball*